IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CEIDRICK LAMOND LEWIS                                                          PLAINTIFF

      v.                              Civil No. 6:13-cv-06148

SHERIFF DAVID NORWOOD, Ouachita
County, Arkansas; LIEUTENANT
BOLTON, Jail Administrator, Ouachita
County Detention Center (OCDC); TERRI
WEST, Assistant Jail Administrator, OCDC;
DOUG WOODS, Jailer Supervisor, OCDC;
and CHRIS LINDSEY, Jailer, OCDC                                          DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

      The Plaintiff, Cedrick L. Lewis, filed this action pursuant to the terms of 42 U.S.C. § 1983. He proceeds *in forma pauperis* and *pro se*. The case was filed on December 30, 2013.

      When he filed this case, Plaintiff was incarcerated at the Ouachita County Detention Facility. He was specifically advised that he must immediately notify the Court of any change in his address (ECF No. 3).

      On January 9th, January 16th, and February 6th, mail sent to the Plaintiff was returned as undeliverable. On February 11th Court staff obtained the home address Plaintiff had provided to the detention center when he was booked. A change of address was entered for Plaintiff (ECF No. 7). On February 19th mail sent to Plaintiff at the home address was returned as undeliverable.

      The Court has not had an accurate address for the Plaintiff since January. Plaintiff has not contacted the Court in anyway. He has not submitted a change of address and has filed no documents with the Court.

      I therefore recommend that this case be dismissed with prejudice based on Plaintiff's failure

to keep the Court advised of his address and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 15th day of May 2014.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE