IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


CEIDRICK LAMOND LEWIS                                                           PLAINTIFF

v.                                          Civil No. 6:13-cv-6148

SHERIFF DAVID NORWOOD, Ouachita
County, Arkansas; LIEUTENANT BOLTON,
Jail Administrator, Ouachita County Detention
Center (ODC); TERRI WEST, Assistant Jail
Administrator, ODC; DOUG WOODS, Jail
Supervisor, OCDC; and CHRIS LINDSEY,
Jailer, OCDC                                                                    DEFENDANTS


## JUDGMENT

Before the Court is the Report and Recommendation filed May 15, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8). Judge Bryant recommends that the above-styled case be dismissed for Plaintiff's failure to keep the Court advised of his address and failure to prosecute this action. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 5th day of June, 2014.

                                                /s/ Susan O. Hickey
                                                Hon. Susan O. Hickey
                                                United States District